IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | )  8:07CR432 |
| | ) |
| vs. | )  ORDER FOR DISMISSAL |
| | ) |
| CHRISTIAN ALVAREZ-MANZO, | ) |
| a/k/a Francisco Perez Alejandro Isaiz, | ) |
| | ) |
| Defendant. | ) |

NOW ON THIS 16th day of September, 2009, this matter is before the Court on the United States' Motion for Dismissal (Filing No. 51). The Court, being duly advised in the premises, finds said Motion should be sustained.

IT IS HEREBY ORDERED:

1. Leave is Court is granted for the United States to dismiss, without prejudice, the Indictment filed herein as to the Defendant, Christian Alvarez-Manzo, a/k/a Francisco Perez Alejandro Isaiz.

2. The Indictment filed herein is hereby dismissed, without prejudice, as it pertains to the Defendant, Christian Alvarez-Manzo, a/k/a Francisco Perez Alejandro Isaiz.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief Judge, United States District Court